George F. Bryan, Respondent, v. Bennett C. Carter, Appellant.— Judgment of the Municipal Court modified by striking out the award of costs to plaintiff, on the ground that no written notice for plaintiff, nor any verified pleading, was filed (Mun. Ct. Act, § 332),* and further modified by

* See Laws of 1902, chap. 580, § 332, as amd. by Laws of 1910, chap. 538. — [REP.

striking out the provision in the judgment that defendant is liable to arrest (Mun. Ct. Act, § 274),* and as thus modified affirmed, without costs. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

James Campbell, Respondent, v. Thompson & Norris Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

James Colton, Respondent, v. Thomas Smith and Margaret M. Smith, Appellants.— Judgment of the Municipal Court affirmed as to the defendant Thomas Smith, with costs; judgment reversed and new trial ordered as to defendant Margaret M. Smith, with costs to the appellant Margaret M. Smith. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Harry L. Converse, Appellant, v. Adrian H. Joline and Douglas Robinson, as Receivers, etc., Respondents.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the question was for the jury. Thomas, Carr and Woodward, JJ., concurred; Jenks, P. J., and Rich, J., dissented.

Samuel Gordon, Appellant, v. Meyer Jacobs, Respondent.— Order of the Municipal Court affirmed, with costs. No opinion.— Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

* See Laws of 1902, chap. 580, § 274, as amd. by Laws of 1907, chap. 425. — [REP.